**DEFENDANT STATUS SHEET**   (One for each defendant)

### I. CASE STATUS

NAME OF DEFENDANT   ROSS BERNARD HANSEN            USAO#  2014R01182

_/ MAGISTRATE'S NO. _____     _/ DOCKET NO. (If Superseding Indictment) CR _____

*****************************************************************************************

### II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   _/ yes   X/ no
IF YES:

  _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
  *** _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.
  _/ A DETENTION ORDER HAS BEEN ENTERED.
    *** _/ TEMPORARY DETENTION
    *** _/ PERMANENT DETENTION
      _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
      (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
  _/ SERVING A FEDERAL SENTENCE AT _____.
  _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.
  _/ PENDING STATE CHARGES AT _____.

*****************************************************************************************

### III. ARRAIGNMENT

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
                                              (Date)
  DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
                                                  (Date)
  DEFENSE ATTORNEY'S NAME: _____
  DEFENSE ATTORNEY'S ADDRESS: _____

*****************************************************************************************

### IV. CONDITIONS OF RELEASE

X/ NOT PREVIOUSLY SET, SHOULD BE: _____.
                                    [e.g., P.R.; BAIL (listing conditions); DETENTION]
_/ PREVIOUSLY SET, SHOULD BE:
  _/ CONTINUE CONDITIONS OF RELEASE
  _/ CONTINUE DETENTION
  _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*****************************************************************************************

HAS THE FPD represented any subject or witness in this case?   _/ Yes   X/ No

*****************************************************************************************

THE ESTIMATED TRIAL TIME IS  7  TRIAL DAYS.       3/22/2018
                                                  (Date Form filled out)

(Revised June 2000)

**DEFENDANT STATUS SHEET** (One for each defendant)

I. CASE STATUS

NAME OF DEFENDANT  DIANE RENEE ERDMANN                USAO# 2014R01182

__/ MAGISTRATE'S NO. _____          __/ DOCKET NO. (If Superseding Indictment) CR _____

*************************************************************************************************

II. CUSTODIAL STATUS

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?   __/ yes   X/ no
IF YES:

    __/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____

***   __/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____.

    __/ A DETENTION ORDER HAS BEEN ENTERED.

      *** __/ TEMPORARY DETENTION

      *** __/ PERMANENT DETENTION

        __/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
        (Date)

__/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:

    __/ SERVING A FEDERAL SENTENCE AT _____.

    __/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____.

    __/ PENDING STATE CHARGES AT _____.

*************************************************************************************************

III. ARRAIGNMENT

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

__/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
        (Date)

    DEFENDANT'S ADDRESS: _____

__/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____ CALENDAR.
        (Date)

    DEFENSE ATTORNEY'S NAME: _____

    DEFENSE ATTORNEY'S ADDRESS: _____

*************************************************************************************************

IV. CONDITIONS OF RELEASE

__/ NOT PREVIOUSLY SET, SHOULD BE: _____
        [e.g., P.R.; BAIL (listing conditions); DETENTION]

__/ PREVIOUSLY SET, SHOULD BE:

    __/ CONTINUE CONDITIONS OF RELEASE

    __/ CONTINUE DETENTION

    __/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

*************************************************************************************************

HAS THE FPD represented any subject or witness in this case?   __/ Yes   X/ No

*************************************************************************************************

THE ESTIMATED TRIAL TIME IS  7   TRIAL DAYS.        3/8/2018
        (Date Form filled out)

(Revised June 2000)