The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR18-92RAJ |
| Plaintiff, | |
| v. | **GOVERNMENT MEMORNANDUM FOR SEPTEMBER 21, 2018 STATUS CONFERNCE** |
| BERNARD ROSS HANSEN and DIANE RENEE ERDMANN, | |
| Defendants. | |

**I.    CASE OVERVIEW**

On April 12, 2018, the grand jury returned an indictment charging defendants with 20 counts of wire fraud and mail fraud related to a scheme to defraud the customers of Northwest Territorial Mint (NWTM).  Dkt. #1.  Until the business went into bankruptcy in April 2016, Mr. Hansen was the President and CEO of NWTM and Ms. Erdmann was the Vault Manager.  *See* Dkt. #1 at 2-3.

On April 16, 2018, both defendants made their initial appearances, the Court appointed counsel, and the Court released both defendants subject to appearance bond. The initial trial date was June 25.  The parties filed a stipulated motion to continue the trial date, and the Court entered an order continuing the trial date to February 25, 2019.

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for Sept. 21, 2018 Status Conference - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## II.    DISCOVERY

Counsel for the parties participated in an in-person discovery conference less than two weeks after the initial appearance – on April 25, 2018.  Shortly thereafter, the government made its first discovery production.  In total, the government has made seven separate discovery productions containing thousands of files.

The government has produced, among other things:

- Interview reports for over 100 witnesses;

- Email files from defendants and witnesses;

- NWTM storage and lease contracts;

- Transcripts from depositions and hearings;

- Audio files of recorded sales calls;

- Pictures and files from the Bankruptcy Trustee; and

- Bank statements and other records prepared by third parties.

The government will produce supplemental numbered discovery, including additional emails from potential witnesses.

The government will also produce forensic copies of defendants' searched computers (the government has already produced relevant files from these computers that were obtained by search warrant) and a copy of surveillance footage.  While these forensic copies may be large files, the amount of additional relevant data within these forensic copies may be small.

The government has retained other documents, including over 1000 boxes of NWTM Physical Records from the Nevada facility.  These Physical Records were retained at the defendants' request and they are available for counsel's review.  However, these documents may not be relevant to this case.

## III.    PENDING MOTIONS

There are currently two pending motions.  In May, defendants filed a motion to preserve evidence stored by the Trustee.  Dkt. #30.  The Court held a hearing on

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for Sept. 21, 2018 Status Conference - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

June 18, 2018.  At the direction of the Court, the parties conferred.  The parties may be able to resolve this motion without further Court intervention.

On Friday, September 14, 2018, defendants filed a Motion for Order Preventing Witness(es) From Making Public Statements.  Dkt. #39.  The government will oppose this motion and file its response on Friday, September 21.  The motion is noted for Friday, September 28, 2018.

**IV.   ISSUES TO BE ADDRESSED AT STATUS CONFERNCE**

At the Friday status conference, the Court may need to address any outstanding issues regarding the motion to preserve evidence.  Dkt. #30.  The gag order motion (Dkt. #39) will not be fully briefed at the time of the hearing.  The government will be prepared to discuss both motions if called on by the Court.

Based on discussions with defense counsel, in the near future, the parties may file a motion for *in camera* review to assess whether certain documents are protected by the attorney-client privilege.

The government has no further issues to raise at the status conference.


Dated this 18th day of September 2018.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ Brian Werner*
BRIAN WERNER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-7970
E-mail: brian.werner@usdoj.gov

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for Sept. 21, 2018 Status Conference - 3

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

## CERTIFICATE OF SERVICE

3        I hereby certify that on September 18, 2018, I have electronically filed the

4   foregoing with the Clerk of the Court using the CM/ECF system which will send

5   notification of such filing to the attorneys of record for the defendants.

6

7                                        *s/ Dru Mercer*

8                                        DRU MERCER
                                         Paralegal Specialist
9                                        United States Attorney's Office
                                         700 Stewart Street, Suite 5220
10                                       Seattle, Washington 98101
                                         Telephone: (206) 553-7970
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Bernard Ross Hansen, et al., CR18-92RAJ*
Government Memorandum for Sept. 21, 2018 Status Conference - 4