Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                    )<br>                        Plaintiff, )<br>                                                    )<br>    vs.                                         )<br>                                                    )<br>DIANE RENEE ERDMANN,          )<br>                                                    )<br>                        Defendant. )<br>_____ ) | No. CR18-0092RAJ<br><br>MOTION SEEKING LEAVE TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL<br><br>Noted on calendar for:<br>Friday, August 2, 2019 |

COMES NOW Michael G. Martin, appointed counsel in this matter, and moves this Court for an order granting him leave to withdraw and for the appointment of new counsel to represent Ms. Erdmann in this matter.

/

/

/

MOTION SEEKING LEAVE TO WITHDRAW
 (Erdmann, CR18-0092RAJ) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805

1  This motion is supported by the declaration of counsel filed ex parte and under seal.

DATED this 22nd day of July, 2019.

> s/ Michael G. Martin
> Michael G. Martin  WSBA #11508
> Attorney for Defendant
> Siderius Lonergan & Martin LLP
> 500 Union Street, Suite 847
> Seattle, WA  98101
> (206) 624-2800
> Fax (206) 624-2805
> Email: michaelm@sidlon.com

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the United States.

> *s/ Michael G. Martin*
> Michael G. Martin, WSBA #11508
> Siderius Lonergan & Martin LLP
> 500 Union Street, Suite 847
> Seattle, WA  98101
> (206) 624-2800
> Fax (206) 624-2805
> Email: michaelm@sidlon.com

MOTION SEEKING LEAVE TO WITHDRAW
(Erdmann, CR18-0092RAJ) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805