Judge Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR18-0092RAJ |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING LEAVE TO |
| vs. | ) | WITHDRAW AND APPOINTING |
| | ) | NEW COUNSEL |
| DIANE RENEE ERDMANN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter having come before the Court on the motion of counsel seeking leave to withdraw, and the Court having considered the motion, the declaration of counsel in support of the motion, and having heard from the defendant in this matter, the Court finds that good cause exists for the withdrawal of counsel in this matter; now, therefore,

IT IS HEREBY ORDERED that the motion seeking leave to withdraw is hereby granted.

/

/

/

/

ORDER GRANTING LEAVE TO WITHDRAW
AND APPOINTING NEW COUNSEL
(Erdmann, CR18-0092RAJ) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA 98101
(206) 624-2800 FAX (206) 624-2805

1. The Court further orders that new counsel be appointed to represent Ms. Erdmann in this matter.

2.

3. DONE THIS _____ DAY OF JULY, 2019

4.

5. _____
   UNITED STATES DISTRICT JUDGE

6.

7. Presented by:

8. /s Michael G. Martin
   Michael G. Martin, WSBA No. 11508
9. Siderius Lonergan & Martin LLP
   500 Union Street, Suite 847
10. Seattle, WA  98101
    (206) 624-2800
11. Fax (206) 624-2805
    Email: michaelm@sidlon.com

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

ORDER GRANTING LEAVE TO WITHDRAW
AND APPOINTING NEW COUNSEL
 (Erdmann, CR18-0092RAJ) - 2

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805