Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-092-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO WITHDRAW AND APPOINTING NEW COUNSEL |
| DIANE RENEE ERDMANN, | |
| Defendant. | |

THIS MATTER having come before the Court on the motion of counsel seeking leave to withdraw, and the Court having considered the motion, the declaration of counsel in support of the motion, and having heard from the defendant in this matter, the Court finds that good cause exists for the withdrawal of counsel in this matter; now, therefore,

IT IS HEREBY ORDERED that the motion seeking leave to withdraw (Dkt. #88) is GRANTED.  Michael Martin is permitted to withdraw as counsel for Defendant Diane Erdmann.  The Court further orders that new counsel be appointed to represent Ms. Erdmann in this matter.  Mr. Martin shall remain counsel of record until successor counsel is appointed.

DATED this 2nd day of August, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW
AND APPOINTING NEW COUNSEL
 (Erdmann, CR18-0092RAJ) - 1

**Michael G. Martin**
Siderius Lonergan & Martin LLP
500 Union Street, Suite 847
Seattle, WA  98101
(206) 624-2800 FAX (206) 624-2805