1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>DIANE RENEE ERDMANN,<br><br>                              Defendant. | NO. CR18-092RAJ<br><br>CONDITIONAL NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE the undersigned attorney enters his conditional appearance on behalf of the defendant, Diane Erdmann. Counsel's appearance is conditioned on the Court continuing the trial date and modifying the case scheduling order to allow new counsel adequate time to prepare Ms. Erdmann's defense.

1. **Basis for Conditional Appearance.**

On this date I was contacted by the CJA Administration to determine whether I would appear as counsel on behalf of Diane Erdmann.  Since receiving the call, I have reviewed the docket and some of the key pleadings.  I have also spoken with Ms.

CONDITIONAL NOTICE OF APPEARANCE
*[No. CR18-092RAJ]* - 1

Erdmann's withdrawing counsel, Michael Martin, counsel for the co-defendant, Jennifer Wellman, and Assistant United States Attorney, Brian D. Werner.  Also, I have spoken with the Court's clerk and understand the Court intends to set a status conference upon receiving notice of substitute counsel.

From the pleadings and my conversations with the parties the following is evident. First, the case appears to be indisputably complex.  Ms. Erdmann is charged with twenty counts of fraud that carry potentially serious penalties if convicted.  In its case-in-chief, the Government intends to present in excess of 54 witnesses and 149 exhibits.

Second, the discovery is voluminous. The produced discovery outlined in the Joint Defense Memorandum Re: Status Hearing is unusually huge. Dkt. 52.

To adequately prepare as new counsel, I will need to do the following: (1) independently review and understand the discovery; (2) meet with the client to review the key discovery and discuss issues related to preparing her defense[1]; (3) conduct a factual investigation which may include interviewing the Government's witnesses and identifying and locating potential defense witnesses; (4) identify, research and draft pretrial motions; (5) identify issues necessary for expert assistance and, then locate and consult with experts; and, (6) prepare the trial presentation.

As counsel, I expect I will need to: (1) prepare a budget, (2) hire an investigator to assist in locating and interviewing witnesses and finding documents not produced by the

---

[1] Much of the discovery has been identified as "protected."  As a result, Ms. Erdmann will need to review the discovery with me at my office.  I understand Ms. Erdmann is only available on weekends to conduct the review.

CONDITIONAL NOTICE OF APPEARANCE
*[No. CR18-092RAJ]* - 2

government that may support Ms. Erdmann's defense, (3) retain the assistance of a

paralegal to assist in digesting and presenting documents, and (4) retain experts to assist

in preparing and presenting Ms. Erdmann's defense.

Currently, the trial is set for October 21, 2019, in approximately seventy days.

From my limited understanding of the case, I see no way to adequately and minimally be

prepared by the current trial setting.  In speaking with Ms. Erdmann's current counsel,

Mr. Martin, despite taking advantage of his preparation, he nevertheless estimates new

counsel will require a minimum of an additional six months from the current trial setting

to prepare for trial.

The Government has represented to me it opposes a trial continuance.

Finally, counsel is not free of other case commitments. I have a computer fraud

trial set to commence on October 28, 2019 in the district of Alaska.

## 2.   Conclusion.

I am prepared to be counsel for Diane Erdmann provided the Court continues the

current trial date and modifies the case schedule to allow for constitutionally mandated

effective representation.

DATED: August 5, 2019.

s/ Barry Flegenheimer
Barry Flegenheimer
Attorney for Diane Erdmann [limited
appearance]

CONDITIONAL NOTICE OF APPEARANCE
*[No. CR18-092RAJ]* - 3

Bell Flegenheimer
119 First Avenue S., Suite 500
Seattle, WA 98104
(206) 621-8777

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties.

I hereby certify that I will immediately mail by United States Postal Service this document to any of the parties who are found to be non-CM/ECF participants.

DATED: August 5, 2019.

s/ Melisa Wong
Melisa Wong
Legal Assistant
Bell Flegenheimer
119 First Ave. S., # 500
Seattle, WA 98104
206/621-8777
206/621-1256 fax
Melisa@bellfleg.com

CONDITIONAL NOTICE OF APPEARANCE
[No. CR18-092RAJ] - 4

Bell Flegenheimer
119 First Avenue S., Suite 500
Seattle, WA 98104
(206) 621-8777