Hon. Richard Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANE RENEE ERDMANN,<br><br>Defendant. | NO. CR18-092 RAJ<br><br>NOTICE OF INTENT TO RELY UPON AFFIRMATIVE DEFENSE |

DEFENDANT DIANE RENEE ERDMANN, by and through her counsel of record, hereby provides notice of intent to rely upon the defense of duress and/or coercion at trial.

DATED this 20th day of December, 2019.

/s/ *Todd Maybrown*
TODD MAYBROWN
Allen, Hansen, Maybrown & Offenbecher
600 University Street, Suite 3020
Seattle, WA  98101
(206) 447-9681
todd@ahmlawyers.com
Attorney for Diane Renee Erdmann

/s/ *Barry Flegenheimer*
BARRY FLEGENHEIMER
Bell Flegenheimer
119 – 1st Avenue S., Suite 500
Seattle, WA  98104
(206) 621-8777
barrylfp@gmail.com
Attorney for Diane Renee Erdmann

*NOTICE OF AFFIRMATIVE DEFENSE – 1*
*(U.S. v. Erdmann, No. 18-092 RAJ)*

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED at Seattle, Washington this 20th day of December, 2019.

/s/ Sarah Conger
Sarah Conger
Legal Assistant
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, WA 98101
sarah@ahmlawyers.com

NOTICE OF AFFIRMATIVE DEFENSE – 2
*(U.S. v. Erdmann, No. 18-092 RAJ)*

**Allen, Hansen, Maybrown & Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681