The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-92RAJ |
|---|---|
| Plaintiff, | |
| v. | **GOVERNMENT'S MEMORANDUM RE APPOINTMENT OF COUNSEL and RESPONSE TO MOTION TO CONTINUE PRETRIAL MOTION DATE (Dkt. #169)** |
| DIANE ERDMANN, | |
| Defendant. | |

On Friday, May 1, 2020, Diane Erdmann's attorneys were allowed to withdraw as counsel. The Honorable Brian A. Tsuchida ordered the appointment of two new CJA attorneys. Dkt. #175. The government respectfully requests that the Court direct the appointment of CJA counsel that can maintain the current trial schedule. *See* Order Setting Amended Case Schedule, Dkt. #164.

**I.    HISTORY OF CONTINUANCES**

On April 12, 2018, the Grand Jury returned a 20-count Indictment that charged Ross Hansen and Diane Erdmann with mail and wire fraud in connection with their conduct at the now-defunct Northwest Territorial Mint (NWTM). The NWTM business offered bullion (typically gold and silver coins and bars) for sale. NWTM also offered safe storage for customer-owned bullion. The Indictment charges Mr. Hansen and Ms.

*United States v. Diane Erdmann, CR18-92RAJ*
Government's Memorandum Re Appointment of Counsel and
Response to Motion to Continue Pretrial Motion Date - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Erdmann with a scheme to defraud NWTM customers of their money or property. There are thousands of victims of the scheme charged in the Indictment. For example, there are more than 3000 victims who paid for bullion orders, or made bullion sales or exchanges, whose orders were never fulfilled. Dkt. #1 at 10. There are more than 50 bullion-storage victims who are missing some part of their customer-owned bullion. Dkt. #1 at 12.

**History of Continuances:**

- Trial was originally scheduled for June 2018.
- On May 25, 2018, the trial was continued to February 2019, based on the stipulated motion of the parties. Dkt. #29.
- On January 7, 2019, the trial date was continued to June 2019, based on Defendants' unopposed motion. Dkt. #58.
- On January 23, 2019, the trial date was continued to October 2019, based on an unopposed motion to reconsider filed by Defendants. Dkt. #62.
- On August 14, 2019, the trial date was continued to April 13, 2020, based on a motion by Ms. Erdmann's newly-appointed counsel, and over the objection of the government. Dkt. #109.
- On February 13, 2020, the trial date was continued to January 11, 2021, based on a motion by Mr. Hansen's newly appointed counsel, and over the objection of the government. Dkt. #157.

For the last continuance, Mr. Hansen's newly-appointed CJA counsel requested that the trial be continued to July 2021, based on Mr. Hansen's counsel's trial schedule. At the hearing, it was noted that CJA counsel should consider their schedule before accepting an appointment.

## II. APPOINTMENT OF NEW COUNSEL

Given the multiple continuances in this case, the recent hearing where a lengthy continuance was requested, and the fact that the current trial date is more than eight months away, the government respectfully requests that the Court appoint an attorney for Ms. Erdmann that can try the case in January 2021.

*United States v. Diane Erdmann, CR18-92RAJ*
Government's Memorandum Re Appointment of Counsel and
Response to Motion to Continue Pretrial Motion Date - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

As for the motion to continue the pretrial motion date, Ms. Erdmann's pretrial motion date could readily be moved to September 25 – consistent with the new pretrial motion date granted to Mr. Hansen's new counsel.  *See* Dkt. #164.

Dated this 4th day of May 2020.

                                                Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Brian Werner*
BRIAN WERNER
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-7970
E-mail: brian.werner@usdoj.gov

*United States v. Diane Erdmann, CR18-92RAJ*
Government's Memorandum Re Appointment of Counsel and
Response to Motion to Continue Pretrial Motion Date - 3

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

*s/ Brian Werner*
BRIAN WERNER

*United States v. Diane Erdmann, CR18-92RAJ*
Government's Memorandum Re Appointment of Counsel and
Response to Motion to Continue Pretrial Motion Date - 4

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970