The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANE RENEE ERDMANN,<br><br>Defendant. | Case No. CR18-92RAJ<br><br>ORDER GRANTING DEFENDANT DIANE RENEE ERDMANN'S MOTION TO FILE OVERLENGTH BRIEF |

THIS MATTER comes before the Court on defendant Diane Renee Erdmann's motion for leave to file an overlength brief in support of her motions in limine. The Court, having reviewed the pleadings of the parties and all supporting documents, and finding good cause, hereby GRANTS the motion (Dkt. 233) and gives leave to Ms. Erdmann to file briefing on her motions in limine of no more than thirteen pages in length.

DATED this 26th day of May, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

