HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>        v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>                              Defendants. | Case No.  CR 18-0092-RAJ<br><br>**DECLARATION OF HENRY C. PHILLIPS IN SUPPORT OF MOTION FOR PUBLIC TRIAL** |

I, Henry C. Phillips, declare as follows:

1.      I am an attorney with Calfo Eakes LLP and represent Bernard Ross Hansen in the above-captioned case.  I am over eighteen years of age and am competent to testify herein.  I make the following statements based on my personal knowledge.

2.      Attached as Exhibit A is a true and correct copy of a photograph that I took on July 6, 2021, at 8:07 AM, of a sign that was affixed to the doors between the public hallway and the courtroom in which trial proceedings took place in the above-captioned case on July 6, 2021.

3.      I observed at various points throughout the day of July 6, 2021, that the sign photographed in Exhibit A remained on the doors between the public hallway and the courtroom.

DECLARATION OF HENRY C. PHILLIPS
(Case No.  CR 18-0092-RAJ) - 1

LAW OFFICES
**CALFO EAKES LLP**
1301 SECOND AVENUE, SUITE 2800
SEATTLE, WASHINGTON 98101
TEL (206) 407-2200   FAX (206) 407-2224

4.      During the proceedings on July 6, 2021, I observed that both the morning and afternoon panels of potential jurors entered the courtroom through the set of doors to which this sign was attached.

DATED this 16th day of July, 2021 at Seattle, Washington.

_s/ Henry C. Phillips_
HENRY C. PHILLIPS

DECLARATION OF HENRY C. PHILLIPS
(Case No.  CR 18-0092-RAJ) - 2