Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD ROSS HANSEN and<br>DIANE RENEE ERDMANN,<br><br>Defendants. | No. 2:18-cr-00092-RAJ<br><br>ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 12-member jury in the above entitled action which was in deliberations on July 30, 2021.

DATED this 30th day of July, 2021.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER RE: JUROR LUNCHES – 1