HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>BERNARD ROSS HANSEN, and<br>DIANE RENEE ERDMANN,<br><br>　　　　　　　　Defendants. | Case No.  CR18-0092-RAJ<br><br>VERDICT FORM |

We, the jury, after due deliberation and consideration of all the evidence, hereby make the following unanimous findings:

**COUNT 1 (Mail Fraud)**

**Storage Statement to Norman Hauptman – Approximate Date December 31, 2014**

As to Count 1, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

As to Count 1, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

VERDICT FORM
(Case No. 18-cr-0092-RAJ) - 1

## COUNT 3 (Mail Fraud)

**Storage Fee Invoice to Peg Morris – Approximate Date January 1, 2015**

As to Count 3, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

As to Count 3, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

## COUNT 4 (Mail Fraud)

**Storage Fee Invoice to Kyle Markley – Approximate Date January 1, 2015**

As to Count 4, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

As to Count 4, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

## COUNT 5 (Mail Fraud)

**Storage Fee Payment from Debra Fillo – Approximate Date January 18, 2015**

As to Count 5, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

As to Count 5, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

## COUNT 6 (Mail Fraud)

**Bullion Order Payment by Brent Bassett – Approximate Date September 15, 2015**

As to Count 6, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

___X___ Guilty

As to Count 6, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

___X___ Guilty

## COUNT 8 (Mail Fraud)

**Bullion Order Payment by Jason Calhoun – Approximate Date February 29, 2016**

As to Count 8, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

___X___ Guilty

As to Count 8, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

___X___ Guilty

## COUNT 9 (Mail Fraud)

**Lease Statement to William Hanson – Approximate Date February 29, 2016**

As to Count 9, we, the jury, find the defendant, BERNARD ROSS HANSEN,

___X___ Not Guilty

_____ Guilty

As to Count 9, we, the jury, find the defendant, DIANE RENEE ERDMANN,

___X___ Not Guilty

_____ Guilty

VERDICT FORM
(Case No. 18-cr-0092-RAJ) - 3

## COUNT 11 (Wire Fraud)

**Storage Statement Email to Randy Wong and Diane Wong –**

**Approximate Date July 28, 2014**

As to Count 11, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

____X____ Guilty

As to Count 11, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

____X____ Guilty

## COUNT 12 (Wire Fraud)

**Bullion Delivery Order Email to Ken Farrell – Approximate Date September 11, 2015**

As to Count 12, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

____X____ Guilty

As to Count 12, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

____X____ Guilty

///
///
///
///
///
///
///

VERDICT FORM
(Case No. 18-cr-0092-RAJ) - 4

## COUNT 13 (Wire Fraud)

**Bullion Delivery Order Email to Shawn Boelens – Approximate Date October 16, 2015**

As to Count 13, we, the jury, find the defendant, BERNARD ROSS HANSEN,

    _____ Not Guilty

    \_\_\_**X**\_\_\_\_ Guilty

As to Count 13, we, the jury, find the defendant, DIANE RENEE ERDMANN,

    _____ Not Guilty

    \_\_\_**X**\_\_\_\_ Guilty


## COUNT 14 (Wire Fraud)

**Gold Coin Purchase Wire Transfer from David James –**

**Approximate Date November 6, 2015**

As to Count 14, we, the jury, find the defendant, BERNARD ROSS HANSEN,

    _____ Not Guilty

    \_\_\_**X**\_\_\_\_ Guilty

As to Count 14, we, the jury, find the defendant, DIANE RENEE ERDMANN,

    _____ Not Guilty

    \_\_\_**X**\_\_\_\_ Guilty

///
///
///
///
///
///
///
///

## COUNT 15 (Wire Fraud)

**Gold Bullion Exchange Email to Steve Fox – Approximate Date November 29, 2015**

As to Count 15, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

As to Count 15, we, the jury, find the defendant, DIANE RENEE ERDMANN,

\_\_\_\_X\_\_\_\_ Not Guilty

_____ Guilty

## COUNT 16 (Wire Fraud)

**Wire Transfer for Deposit of Frank Robertson Check – Approximate Date January 22, 2016**

As to Count 16, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

As to Count 16, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

## COUNT 19 (Wire Fraud)

**Bullion Delivery Order Email to Bud Jameson – Approximate Date March 18, 2016**

As to Count 19, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

As to Count 19, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

**COUNT 20 (Wire Fraud)**

**Bullion Delivery Order Email to David Carver – Approximate Date March 21, 2016**

As to Count 20, we, the jury, find the defendant, BERNARD ROSS HANSEN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

As to Count 20, we, the jury, find the defendant, DIANE RENEE ERDMANN,

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

[REDACTED]
FOREPERSON

7/30/21
DATE

VERDICT FORM
(Case No. 18-cr-0092-RAJ) - 7