The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR18-92RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT DIANE ERDMANN'S MOTION TO CONTINUE SENTENCING |
| v. | |
| DIANE RENEE ERDMANN, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Diane Erdmann's motion to continue her sentencing hearing from October 29, 2021, to January 7, 2022. The Court, having reviewed the pleadings of the parties and all supporting documents, hereby

ORDERS that the Motion (Dkt. # 372) is GRANTED.  The sentencing hearing for Defendant Diane Renee Erdmann is continued to **January 7, 2022, at 1:30 p.m.**

DATED this 12th day of October, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING SENTENCING - 1
*United States v. Erdmann*, CR18-92RAJ



AOKI LAW PLLC
1200 5th Avenue, Suite 750, Seattle, WA 98101
T: 206 624-1900 F: 206 442-4396
aokilaw.com