The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR18-92RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL |
| v. | |
| DIANE RENEE ERDMANN, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Diane Erdmann's motion to seal the Declaration of Isham M. Reavis in support of her motion to continue her sentencing hearing. The Court, having reviewed the pleadings of the parties and all supporting documents, finds that sealing is proper under Local Rule CrR 55(c), and hereby GRANTS the motion (Dkt. # 373).

It is ORDERED that the Declaration of Isham M. Reavis in Support of Defendant Diane Erdmann's Motion to Continue Sentencing is permitted to remain under seal.

DATED this 12th day of October, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

