The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR18-92RAJ |
| Plaintiff, | ORDER GRANTING MOTION TO SEAL |
| v. | |
| DIANE RENEE ERDMANN, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Diane Erdmann's motion to seal the Declaration of Lonnie Kaman filed in support of her reply regarding her motion to continue her sentencing hearing.  The Court, having reviewed the pleadings of the parties and all supporting documents, finds that sealing is proper under Local Rule CrR 55(c), and hereby GRANTS the motion (Dkt. #379).

It is ORDERED that the Declaration of Lonnie Kaman is permitted to remain under seal.

DATED this 12th day of October, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION TO SEAL - 1
*United States v. Erdmann*, CR18-92RAJ



AOKI LAW PLLC
1200 5th Avenue, Suite 750, Seattle, WA 98101
T: 206 624-1900 F: 206 442-4396
aokilaw.com