



FILED
LODGED
RECEIVED

NOV 10 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CR18-092-RAJ |
| plaintiff | CLAIM ON INDEMNITY BOND |
| Vs | (Clerks action required) |
| DIANE RENEE EDMANN, | By special restricted appearance |
| BERNARD ROSS HANSEN | |
| defendants | |

TO: UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE, Indemnitee, holder of the indemnity bond.

AND TO: Eileen Raye Lawrence, Indemnitor

Comes now Jeffrey Mark McMeel, a party of interest, claimant and victim of DIANE RENEE ERDMAN AND BERNARD ROSS HANSEN -FRAUD AND THIEVERY, and files this claim on the Indemnity Bond filed with the court by

Eileen Reaye Lawrence in the amount of $450,000.00 due and payable upon receipt.

Regarding stolen physical silver and gold breach of contract with Northwest Territorial Mint LLC. See Claimant's verified claim in admiralty in the Bankruptcy Court at Seattle, Case No. 16-11767-CMA.

Indemnity bond accepted for value and returned for value, exempt from levy attached herewith. Indemnitee is subrogated to collect and deliver above amount to Claimant without further delay by any lawful means at the court's disposal.

by: _____ Jeffrey Mark McMeel, Claimant and owner of stolen property. FOR COLLECTION.

% PO Box 433 Bellevue, Washington (98009)

Special deposit
for Collection
U.S. District court for district of Washington
700 Stewart St.
Suite 2310
Seattle, WA 98101
98101-444265




FILED
LODGED
RECEIVED

MAR 05 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY

**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, a corporation<br><br>Plaintiff,<br><br>v.<br><br>DIANE RENEE ERDMANN, a legal fiction, and BERNARD ROSS HANSEN, a legal fiction,<br><br>Defendants, | **In Admiralty**<br><br>**Case No. CR18-092-RAJ**<br><br>**INDEMNITY BOND** |
| Diane Renee Erdmann *in rerum natura*, living Christian Woman on the free soil of the Land, Real Party in Interest Under Injury, beneficiary to the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, and<br><br>Eileen Raye Lawrence, co-surety and co-beneficiary of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*. | |

**Specific Indemnity Bond under Subrogation**

The Attorney for Plaintiff having brought no bond of record to enter Case No. CR18-092-RAJ and associated account(s), I, Eileen Raye Lawrence, a neutral intervening third party co-surety in this instant case and by Attorney for Plaintiff, undertake as follows: In consideration thereof that **no lawful money of account exists in circulation**, and in consideration thereof that

INDEMNITY BOND – Case No. CR18-092-RAJ – Page 1

# INDEMNITY BOND
### ATTACHMENT TO INVOICE NO. 18CR-00095-RAJ

*KNOW ALL MEN BY THESE PRESENTS* which are intended to constitute an Indemnity Bond in the matter known as United States of American v. Diane Renee Erdmann & Bernard Ross Hansen, Case # 18CR-00095-RAJ:

That I, Eileen Raye Lawrence, ("Indemnitor"), a third party interest intervener, co-surety for and holder of a perfected security interest in legal fiction DIANE RENEE ERDMANN ("Debtor"), a transmitting utility and UNITED STATES vessel (Statement of Interest submitted), does hereby establish this Indemnity Bond in favor of UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, 700 Stewart Street, Suite 2310, Seattle, Washington 98101 ("Indemnitee"), in a sum of Three Hundred Million ($300,000,000.00) present and future potential risk henceforth from the date of issuance, for the payment of which bond the undersigned hereby binds herself through her credit, Exemption account #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, held in trust with the United States Trustee by special arrangement. This bond is backed by Discharging & Indemnity Bond EERL20081509, registered with U.S. Treasury under #RE375143978US, and Secured Funding & Offset Bond #ERL20081510, registered with U.S. Treasury under #RE375122757US.

Indemnitor hereby indemnifies Indemnitee and agrees, covenants and undertakes to indemnify, defend, and hold Indemnitee harmless from and against any and all claims, losses, liabilities, costs, interests, expenses, legal costs, penalties and fines which have been or may be suffered or incurred by Indemnitee as a result of any and all claims of debts, liabilities or losses made by any and all parties, real or pretended, against Indemnitee for Indemnitee's actions in capacity as Fiduciary Debtor in the above-referenced matter, said indemnification being conditional upon Indemnitee (i) conducting Fiduciary affairs in a manner consistent with the laws of the United States, the State of Washington and public policy; (ii) following expressed and implied principles of good conduct and faith; (iii) protecting the trust corpus against all losses, and (iv) undertaking all reasonable actions to ensure settlement and closure of all accounts past, present and future regarding the above-noted matter.

Indemnitee shall provide timely notice to Indemnitor of any claims which are made pursuant to this Bond. Failure to provide such notice will nullify this Bond.

**THIS BOND SHALL BE IN FULL FORCE AND EFFECT FROM THE DATE OF EXECUTION UNTIL INDEMNITOR TERMINATES THE FIDUCIARY APPOINTMENT.**

Done this twenty-seventh day of February, 2019.

Good as aval _Eileen Raye Lawrence_
Eileen Raye Lawrence, Indemnitor
**Void where prohibited by law.**



Handwritten annotations (margins):
- March 14, 1871
- Accepted for Value
- Returned for Value
- Exempt from Levy
- Deposit to The United States Treasury
- and to The US Treasury
- Charge the same to: JEFFREY MARK MCMEEL 146-1953-011940 and to Western Washington Bankruptcy Case: 16-11767-CMA claim #74
- *RE194753322US
- A federal reserve bankruptcy project
- Special deposit
- States United of The for safety the For
- Credit the same to: MARK MCMEEL Estate
- AND TO: JEFFREY MARK MCMEEL Bank Account # [redacted]
- In the amount of $450,000.00 (dollars)
- by: Jeffrey Mark McMeel, authorized representative Claimant

I have a vested interest in the outcome of this case as I am one of the beneficiaries of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, and that I have suffered dishonor regarding the matter of Case No. CR18-092-RAJ, by the court having dishonored the discharge of this case pursuant to 12 USC 95a(2), I, Eileen Raye Lawrence, holder in due course of the DIANE RENEE ERDMANN birth certificate estate, underwrite with my private exemption no. 537447091 (see attached Indemnity Bond, Exhibit A) any and all obligations of performance/loss/costs sustained by the UNITED STATES OF AMERICA and the respectful citizens thereof regarding said matter.

As a co-beneficiary of the DIANE RENEE ERDMANN *Cestui Que Trust/Estate*, by the power of appointment, I hereby assign each and every judge that touches this case, as well as the Clerk of Court, as co-trustees to settle and close this case immediately.

Done at Hemet, California, this 27th day of February, 2019.

By: ... *Eileen Raye Lawrence*
... Eileen Raye Lawrence, non-negotiable signature
as co-surety and co-beneficiary of the
DIANE RENEE ERDMANN *Cestui Que Trust/Estate*
c/o P.O. Box 5043
Hemet, California

**INDEMNITY BOND** – Case No. CR18-092-RAJ – Page 2

**REGISTERED**
RE 375 122 757 US

Eileen Raye Lawrence
& Company
Hereby Grants this Private Issue

**REGISTERED**
RE 375 122 757 US

**Bond Number**
ERL20081510

Registered in the Public on
UCC No. 2008-185-7971-6,
Washington

**ORIGINAL ISSUE DATE**
November 23, 2010

**Dollars**

$600,000,000

**MATURITY DATE**
November 22, 2020

## Secured Funding and Offset Bond

Pay to the Order of: United States Trustee, Department of the Treasury
1500 Pennsylvania Ave NW, Washington, D.C. 20220

For Further Credit to: Department of the Treasury **** fifty percent (50%) of face value ****
Eileen Raye Lawrence **** for up to fifty percent (50%) of face value ****

Indenture: Security Agreement No. SA-11051946-ERL

Routing Information: Through Discharging & Indemnity Bond No. ERL20081509, USPS Certified Mail Tracking Number RE
(Securitization Bond) 375 143 978 US; and through Non-Negotiable Private Bond for Setoff No. Z 159 759 878, USPS
Tracking No. 7006 2760 0004 7893 7305; Birth Certificate Registered Security No. 146-1946-022086,
United States Trustee as holder-in-due course; and Private Offset Account No. 537447091; Prepaid
Account No. D74275834.

This Secured Funding and Offset Bond shall be entered as an asset to the Department of the Treasury
under the terms herein in the amount of SIX HUNDRED MILLION and 00/100 ($600,000,000.00) United States Dollars

KNOW ALL MEN BY THESE PRESENTS, to facilitate lawful commerce in the absence of substance-backed currency, the United States Trustee, or agents thereof, shall upon receipt of this Secured Funding and Offset Bond post the full face value of the Bond as an asset to the benefit of the Department of the Treasury to be used specifically in the manner described hereunder. This Bond has been authorized and issued pursuant to the full faith and credit of the grantor, Eileen Raye Lawrence.

SECURITY. Eileen Raye Lawrence does hereby declare that private issue Discharging and Indemnity Bond No. ERL20081509 (Registration No. RE 375 143 978 US) has been deposited with the Department of the Treasury on or about November 22, 2010 as security for this Secured Funding and Offset Bond.

SATISFACTION OF LIABILITIES. That full faith and credit is hereby pledged to this unconditional promise to pay any aggregate amount not to exceed one half (fifty percent) of the full face value of this Bond to satisfy, set-off, pay and discharge, in their entirety dollar for dollar through the said Private Discharging and Indemnity Bond No. ERL20081509 and Account 537447091, specified thereon, any and all debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally "Liabilities") attributed to the grantor's collateral EILEEN RAYE LAWRENCE Social Security Account No. 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 and all alphanumeric derivatives thereof, and/or any other party so indicated by the grantor or the grantor's seal of acceptance noted on the instrument of liability whether such instrument of liability be express, implied, commercial, negotiable or non-negotiable, through the date of maturity above-noted, the remainder of the Bond to inure and accrue to the benefit of the Department of the Treasury until maturity.

ORDER OF THE BOND. Upon presentment of any such instrument of liability bearing the grantor's seal of acceptance and/or referencing this Bond (No. ERL20081510), the U.S. Trustee shall ledger the same against this Bond to satisfy, set-off, pay and discharge in their entirety, dollar for dollar, by end of business same day, at the offices of the Department of the Treasury, any and all such Liabilities in an aggregate amount not to exceed one half (fifty percent) of the full face value of this Bond through the said private issue Discharging and Indemnity Bond No. ERL20081509 and Private Offset Account 537447091, specified thereon.

DISHONOR OF THE BOND. The U.S. Trustee shall have thirty (30) days from the date of presentment noted on U.S.P.S. Form 3811 to dishonor the Bond by returning it to the grantor by registered mail at the location noted herein. Failure to so return will stipulate the U.S. Trustee's honorable acceptance of the Bond on behalf of the United States and its cohorts, and the validity of the bond.

MATURITY. Upon maturity, the U.S. Trustee shall mark this Bond cancelled and return this Bond bearing the marks of cancellation to the grantor or the grantor's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the U.S. Trustee for the benefit and use of the Department of the Treasury.

Issued by the authority of the undersigned sovereign living woman, and executed on the Soil within the organic, geographic boundaries of the State of Washington, a sovereign state within the perpetual union of sovereign states, on the twenty-third day of the eleventh month, anno domino in the Year of our Lord Two Thousand and Ten. All Rights and Remedies Reserved. Good as Aval.

_Eileen Raye Lawrence_
Eileen Raye Lawrence, Grantor
non-corporate living woman on the free dry soil of Washington
Exemption Account EILEEN RAYE LAWRENCE ▇▇▇▇
Prepaid Account No. D74275834
Temporary mail location: c/o U.S.P.S.
Postmaster: 98395
c/o Eileen Raye Lawrence
c/o P.O. Box 577
Wauna, the community
Washington, the landed nation
non-domestic without the United States
Void where prohibited by law




**REGISTERED**
RE 375 143 978 US

Eileen Raye Lawrence
and Company
Hereby Grants this Private Issue

**REGISTERED**
RE 375 143 978 US

**Bond Number**
ERL20081509

Registered in the Public on
UCC No. 2008-185-7901-6
Washington



**Dollars**
$900,000,900.00

## Discharging and Indemnity Bond

**ORIGINAL ISSUE DATE**
November 22, 2010

**MATURITY DATE**
November 21, 2040

**Registered Holder & Fiduciary:** TIMOTHY F. GEITHNER, and all successors thereto
United States Trustee
U.S. Department of the Treasury
1500 Pennsylvania Ave NW
Washington, D.C. 20220

**For Offset By and Through:** Eileen Raye Lawrence, Grantor, Private Offset Account No. 537447091

**Indenture:** Security Agreement No. SA-11051946-ERL

**Routing Information:** Securitization Bond: Non-Negotiable Private Bond for Setoff No. Z 159 759 878; USPS Tracking No. 7006 2760 0004 7893 7305; Eileen Raye Lawrence, Principal; Birth Certificate Registered Security No. 146-1946-022086, U.S. States Trustee, Holder in Due Course; and Private Offset Account No. 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; Prepaid Account No. D74275834.

*This Private Master Discharging & Indemnity Bond shall be entered as an asset to the United States Department of the Treasury in the amount of* — **NINE HUNDRED MILLION UNITED STATES DOLLARS** —

**KNOW ALL MEN BY THESE PRESENTS,** to facilitate lawful commerce in the absence of substantive backed currency in circulation, the United States Trustee, and agents thereof ("Fiduciary"), upon receipt of this private Discharging and Indemnity Bond No. ERL20081509 ("Bond") shall post the full face value of the Bond as an asset to the benefit of the United States Department of the Treasury to be used and applied specifically in the manner described hereunder for the purpose of securing honorable settlement for the account holders and accounts listed below. The Fiduciary has been entered in the books of the grantor as the registered holder.

**SETOFF.** This Bond has been authorized and issued pursuant to the full faith and credit of the grantor, Eileen Raye Lawrence, who does hereby hold, bind and obligate herself as a voluntary surety for all such account holders and accounts, each jointly and severally, including without limitation Social Security Account EILEEN RAYE LAWRENCE 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, for any sum up to and including Nine Hundred Million and 00/100 United States Dollars ($900,000,000.00), insuring, underwriting, indemnifying, discharging, paying and satisfying all such account holders and accounts dollar for dollar against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges of any and all other obligations as may exist or come to exist during the term of this Bond (jointly and severally "Liabilities") until the sum of the face of this Bond is exhausted.

**AS A CONSEQUENCE HEREOF,** the Fiduciary shall satisfy all pre-existing and current Liabilities at or within without exception for, against and on behalf of all such account holders and accounts dollar for dollar through the above-noted Private Offset Accounts up to and including the full face value of this Bond through maturity.

**PRE-PAYMENT.** Each of the said account holders and accounts shall be severally insured, underwritten and indemnified against any and all future liabilities as may appear, thereby instantly satisfying all such obligations dollar for dollar without exception through the above noted Private Offset Accounts to wit and including the full face value of this Bond through maturity.

**DISHONOR.** The Fiduciary shall have thirty (30) days from the date of presentment noted on U.S.P.S. Form 3811 to dishonor the Bond by returning same to the grantor by registered mail at the location noted herein. Failure to so return will stipulate the validity of the bond, based on your grantor's knowledge of the law, and the Fiduciary's honorable acceptance of this Bond and all obligations and Liabilities thereunder on behalf of the United States.

**MATURITY.** Upon maturity at 11:59:59 PM, on the maturity date, the U.S. Trustee shall mark this Bond cancelled and return this Bond bearing the mark of cancellation to the grantor or the grantor's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the U.S. Trustee for the benefit and use of the Department of the Treasury.

All communications shall be sent by United States Registered Mail directly to the grantor at the location noted hereunder exactly as shown. Service in any other manner is defective on its face. The grantor accepts post exclusively at the said postal location.

**FOR THE BENEFIT OF ACCOUNT HOLDERS:**
Eileen Raye Lawrence Birth Certificate number 146-1946-022086
EILEEN RAYE LAWRENCE Social Security number 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

**FOR THE BENEFIT OF ACCOUNTS:**
OMEGA-TRUST Account No. 1217597
BARLEY HARVEST MINISTRIES Account No. 39571280

each severally

Issued by the authority of the undersigned sovereign living woman, and executed on the Soil within the organic geographic boundaries of the State of Washington, a sovereign state within the perpetual union of sovereign states, on the twenty-second day of the eleventh month, anno domini, in the Year of our Lord Two Thousand and Ten. All Rights and Remedies Reserved. Good as Aval.

*Eileen Raye Lawrence*
Eileen Raye Lawrence, Grantor
non-corporate living woman on the free dry soil of Washington
Exemption Account No. EILEEN RAYE LAWRENCE 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
Prepaid Account No. D74275834
Temporary mailing location: c/o U.S.P.O. Postmaster [98595]
for delivery to: Eileen Raye Lawrence
c/o P.O. Box 577
Wauna, the community
Washington, the landed nation
non-domestic without the United States
Void where prohibited by law.

CERTIFICATE OF SERVICE

Affiant, L. S. Jeffrey- mark: McMeel, in Full Life do hereby certify that I mailed November 8, 2021 by first class mail to :
US District court for the district of Washington
700 Stewart street
Suite 2310
Seattle ,WA 98101

And to:
Eileen Lawrence
C/O PO BOX 5043
HEMET, CA

Case No.: CR18-092-RAJ

CLAIM ON INDEMNITY BOND

BY: _____ Jeffrey-Mark: McMeel, a neutral beneficiary in Full Life and owner

PO Box 433 Bellevue, Washington (98009)