The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DIANE RENEE ERDMANN,<br><br>　　　　　Defendant. | Case No. CR18-92RAJ<br><br>ORDER GRANTING DEFENDANT DIANE ERDMANN'S MOTION TO SEAL |

This matter comes before the Court on defendant Diane Erdmann's motion to seal the declarations of Lonnie Kaman and Isham M. Reavis in support of her motion to continue her sentencing hearing. The Court, having reviewed the pleadings of the parties and all supporting documents, finds that sealing is proper under Local Rule CrR 55(c), and hereby GRANTS the motion (Dkt. # 392).

It is ORDERED that the Declaration of Lonnie Kaman and the Declaration Isham M. Reavis in Support of Defendant Diane Erdmann's Second Motion to Continue Sentencing be filed under seal, and permitted to remain under seal.

DATED this 28th day of December, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Order on Motion to Seal
*United States v. Erdmann*, CR18-92RAJ
Page 1 of 1



AOKI LAW PLLC
1200 5th Avenue, Suite 750, Seattle, WA 98101
T: 206 624-1900  F: 206 442-4396
aokilaw.com