The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANE RENEE ERDMANN,<br><br>Defendant. | Case No. CR18-92RAJ<br><br>ORDER GRANTING DEFENDANT DIANE ERDMANN'S SECOND MOTION TO CONTINUE SENTENCING |

THIS MATTER comes before the Court on defendant Diane Erdmann's second motion to continue her sentencing hearing. Te Court, having reviewed the pleadings of the parties and all supporting documents, and finding good cause, hereby GRANTS the motion (Dkt. # 391).

It is ORDERED that Ms. Erdmann's sentencing is continued from January 7, 2022, to the Court's earliest available sentencing date, April 1, 2022, at 1:30 p.m.

DATED this 3rd day of January, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING SENTENCING
*United States v. Erdmann*, CR18-92RAJ
Page 1 of 1



AOKI LAW PLLC
1200 5th Avenue, Suite 750, Seattle, WA 98101
T: 206 624-1900 F: 206 442-4396
aokilaw.com