THE HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                                    Plaintiff,

        v.

DIANE RENEE ERDMANN,

                                    Defendant.

No. CR18-092RAJ

ORDER GRANTING DEFENDANT
DIANE ERDMANN'S MOTION TO
SEAL STATUS REPORT

        This matter comes before the Court on defendant Diane Erdmann's motion to seal her February 15, 2022 Status Report.  The Court, having reviewed the pleadings of the parties and all supporting documents, finds that sealing is proper under Local Rule CrR 55(c), and hereby GRANTS the motion (Dkt. 425).

        It is ORDERED that defendant Diane Erdmann's February 15, 2022 Status Report filed at Dkt. 426 shall remain under seal.

        DATED this 1st day of March, 2022.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT DIANE ERDMANN'S
MOTION TO SEAL STATUS REPORT – 1
No. CR18-092RAJ

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900