THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       v.<br><br>DIANE RENEE ERDMANN,<br><br>                              Defendant. | Case No.  2:18-cr-00092-RAJ<br><br>ORDER GRANTING DEFENDANT ERDMANN'S MOTION TO CONTINUE SENTENCING |

THIS MATTER, having come before the Court on Defendant Diane Renee Erdmann's Third Motion to Continue Sentencing, and the Court having reviewed the motion, the Government's response, and being fully advised, now therefore,

IT IS HEREBY ORDERED that the Motion (Dkt. 429) is GRANTED.  The sentencing hearing for Defendant Diane Renee Erdmann is continued to April 29th at 1:30 p.m.

DATED this 16th day of March, 2022.

*Richard A. Jones*
———————————————
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO CONTINUE SENTENCING
*United States v. Erdmann*, 2:18-cr-0092-RAJ - 1