THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    v.<br><br>DIANE RENEE ERDMANN,<br><br>                   Defendant. | No. 2:18-cr-00092-RAJ<br><br>ORDER GRANTING DEFENDANT DIANE ERDMANN'S MOTION TO SEAL EXHIBIT 1 TO HER SENTENCING MEMORANDUM |

This matter comes before the Court on defendant Diane Erdmann's motion to seal Exhibit 1 to her Sentencing Memorandum, the report of licensed mental health counselor Lonnie Kaman. The Court, having reviewed the pleadings of the parties and all supporting documents, finds that sealing is proper under Local Rule CrR 55(c), and hereby GRANTS the motion (Dkt. 442)

It is ORDERED that Exhibit 1 to Diane Erdmann's Sentencing Memorandum be filed under seal, and permitted to remain under seal.

DATED this 27th day of April, 2022.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT DIANE ERDMANN'S
MOTION TO SEAL EXHIBIT 1 TO HER SENTENCING
MEMORANDUM – Page 1
No. 2:18-cr-00092-RAJ

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900