Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>DIANE RENEE ERDMANN,<br><br>                Defendant. | No. 2:18-cr-00092-RAJ<br><br>ORDER ISSUING<br>ARREST WARRANT |

The sentencing hearing in the above-entitled matter was scheduled for Friday, April 29, 2022, at 1:30 p.m. The Defendant, DIANE RENEE ERDMANN, received notice of the hearing. ERDMANN did not appear and her whereabouts are unknown.

This Court hereby ORDERS the issuance of an arrest warrant for DIANE RENEE ERDMANN.

Upon her arrest, ERDMANN shall be detained. Any request for release from detention shall be made directly to this Court.

DATED this 29th day of April, 2022.

HON. RICHARD A. JONES
United States District Judge

ORDER ISSUING ARREST WARRANT - 1