The Honorable Richard A. Jones

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>DIANE RENEE ERDMANN,<br>    Defendant. | Case No. CR18-92RAJ<br><br>**Unopposed Motion to Withdraw as Counsel for Diane Erdmann**<br><br>Noted: May 10, 2022 |

**MOTION**

Russell M. Aoki and Isham M. Reavis of Aoki Law, PLLC request this Court for an order allowing their withdrawal from further representation of Defendant Diane Erdman. If granted, and should Ms. Erdman reappear in this jurisdiction, co-counsel Steven W. Fogg and his associate counsel, Benjamin C. Byers of Corr Cronin LLP will remain as her counsel of record.  The government and Messrs. Fogg and Byers have been consulted, and none oppose this motion.

**BASIS FOR MOTION**

On May 5, 2020, this Court appointed Russell M. Aoki and Steven W. Fogg to represent Ms. Erdmann. The Court later appointed their respective associate counsel, Mr. Reavis and Mr. Byers. The matter was tried in July of 2021. Sentencing, after several continuances, was scheduled for April 29, 2022. Sentencing materials were prepared and submitted on behalf of Ms. Erdmann. As



1  the Court is aware, Ms. Erdmann, and her co-defendant, Bernard Ross Hansen
2  failed to appear.

3  It seems unlikely four defense counsel will be needed to further represent
4  Ms. Erdmann should she return to this jurisdiction. Messrs. Fogg and Byers agree
5  to continue as counsel of record for Ms. Erdmann. In the off chance additional
6  resources are necessary should she return the undersigned are available to be
7  reappointed.

**CONCLUSION**

Russell M. Aoki and Isham M. Reavis of Aoki Law, PLLC respectfully request this Court allow their withdrawal from further representation of Ms. Erdmann.

Dated this 10th day of May 2022.

| AOKI LAW PLLC | AOKI LAW PLLC |
|---|---|
| *s/ Isham M. Reavis* | *s/ Russell M. Aoki* |
| Isham M. Reavis, WSBA No. 45281 | Russell M. Aoki, WSBA #15717 |
| 1200 5th Avenue, Suite 750 | 1200 5th Ave., Suite 750 |
| Seattle, WA 98101 | Seattle, WA 98101 |
| T: 206 624-1900 | T: 206.624.1900 |
| F: 206 442-4396 | F: 206.442.4396 |
| isham@aokilaw.com | russ@aokilaw.com |
| *Attorney for Diane Erdmann* | *Attorney for Diane Erdmann* |

