The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>v.<br>DIANE RENEE ERDMANN,<br>  Defendant. | Case No. CR18-92RAJ<br><br>ORDER AUTHORIZING THE WITHDRAWAL OF RUSSELL M. AOKI AND ISHAM M. REAVIS AS CO-COUNSEL FOR DEFENDANT DIANE ERDMANN |

THIS MATTER having come before this Court upon the unopposed motion of Russell M. Aoki and Isham M. Reavis of Aoki Law, PLLC, to withdraw as co-counsel for Defendant Diane Erdmann, the Court hereby permits Mr. Aoki and Mr. Reavis to withdraw as counsel for Ms. Erdmann. Co-counsel Steven Fogg and his associate counsel Benjamin Byers of Corr Cronin LLP, who have been consulted and do not oppose the request to withdraw, will remain as Ms. Erdmann's counsel of record.

DATED this 10th day of May, 2022.

_____
HON. RICHARD A. JONES
United States District Court Judge