AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.
Diane Renee Erdmann

Case No. 2:18-cr-00092-RAJ

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Diane Renee Erdmann,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☑ Order of the Court

This offense is briefly described as follows:

Failure to appear for sentencing hearing.

Date: 04/29/2022

*Issuing officer's signature*

City and state: Seattle, WA

Sandra Rawski Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/29/22, and the person was arrested on *(date)* 5/11/22
at *(city and state)* SEATTLE, WA.

Date: 5/11/22

*Arresting officer's signature*

SA FBI
*Printed name and title*