The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00092-RAJ |
| Plaintiff, | ORDER AUTHORIZING APPELLATE COUNSEL TO OBTAIN DOCKET TEXT FOR SEALED RECORDS |
| v. | |
| DIANE RENEE ERDMANN, | |
| Defendant. | |

Having reviewed Defendant Diane Erdmann's Unopposed Motion for Order Authorizing Appellate Counsel to Obtain Docket Text for Sealed Records, and for good cause shown, IT IS ORDERED that the Motion (Dkt. 539) is GRANTED.  The Court directs his courtroom deputy clerk, Victoria Ericksen, to provide to appellate counsel the docket text for the requested docket entries.

DATED this 1st day of November, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge